IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DOLORES MARTIN-SUAREZ, et al.,<br><br>    Plaintiffs<br><br>    v.<br><br>MODAS LORIANI, INC., et al.,<br><br>    Defendants | CIVIL NO. 06-1546 (JP) |

**FINAL JUDGMENT**

    The parties hereto have informed the Court that they have settled this case.  Pursuant thereto, the Court **ENTERS JUDGMENT FOR PLAINTIFFS** to have and recover against Defendants the sum of **SIXTY THOUSAND DOLLARS ($60,000.00)** for Plaintiffs' physical damages.

    This Judgment is a release from all causes of action exercised in the Complaint and all causes of action that could follow or emanate from the facts stated therein.  This Judgment is entered without the imposition of costs or attorney's fees.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 21st day of November, 2007.

                                              s/Jaime Pieras, Jr.
                                                 JAIME PIERAS, JR.
                                  U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| s/Manuel A. Rodríguez-Banchs | s/Zuleika M. Carrillo-Adorno |
|---|---|
| MANUEL A. RODRÍGUEZ-BANCHS, ESQ.<br>Attorney for Plaintiffs | ZULEIKA M. CARRILLO-ARROYO, ESQ.<br>Edgardo Rosario Law Office<br>Attorney for Defendants |